```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 2:08-MJ-352 KJM |
| Plaintiff, | MOTION TO DISMISS COMPLAINT |
| v. | AND ORDER |
| LAWRENCE SCOTT DEWALD, | |
| Defendant. | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:08-MJ-352 KJM, against defendant LAWRENCE SCOTT DEWALD.

DATED: 06/22/2012                         BENJAMIN WAGNER
                                          UNITED STATES ATTORNEY


                                    By    /s/Michelle Rodriguez
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 2:08-MJ-352 KJM |
| Plaintiff, | ORDER |
| v. | |
| LAWRENCE SCOTT DEWALD, | |
| Defendant. | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:08-MJ-352 KJM against defendant LAWRENCE SCOTT DEWALD is GRANTED.

DATED: June 25, 2012

                                          /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE